```
                                            FILED
                                         2008 MAR -3 AM 9: 42
                                         RICHARD W. WIEKING
                                         CLERK, U.S. DISTRICT COURT
                                         NORTHERN DISTRICT OF CALIFORNIA
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Williams )
          ) CASE NO. C08-01238 JSW
       Plaintiff, )
          ) APPLICATION TO PROCEED
vs.       ) IN FORMA PAUPERIS
Oakland Housing Authority ) (Non-prisoner cases only)
          )
       Defendant. )
_____)

I, Jacquelin Williams, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?   Yes ___  No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and

APP. TO PROC. IN FORMA
PAUPERIS, Case No._____         - 1 -

1 | wages per month which you received.
2 | _____
3 | _____
4 | _____
5 | 2. Have you received, within the past twelve (12) months, any money from any of the following
6 | sources:
7 |     a.   Business, Profession or                    Yes ___ No _X_
8 |          self employment
9 |     b.   Income from stocks, bonds,                 Yes ___ No _X_
10 |         or royalties?
11 |    c.   Rent payments?                             Yes _X_ No ___
12 |    d.   Pensions, annuities, or                    Yes ___ No _X_
13 |         life insurance payments?
14 |    e.   Federal or State welfare payments,         Yes _X_ No ___
15 |         (Social Security) or other govern-
16 |         ment source?
17 | If the answer is "yes" to any of the above, describe each source of money and state the amount
18 | received from each.
19 | _____
20 | _____
21 | 3. Are you married?                                Yes ___ No _X_
22 | Spouse's Full Name: _____
23 | Spouse's Place of Employment: _____
24 | Spouse's Monthly Salary, Wages or Income:
25 | Gross $ _____828_____                Net $ _____
26 | 4.  a.  List amount you contribute to your spouse's support:$ _____
27 |     b.  List the persons other than your spouse who are dependent upon you for support and
28 |         indicate how much you contribute toward their support. (NOTE: For minor children,

APP. TO PROC. IN FORMA
PAUPERIS, Case No._____        - 2 -

| | |
|---|---|
| 1 | list only their initials and ages. DO NOT INCLUDE THEIR NAMES.). |
| 2 | _____ |
| 3 | _____ |
| 4 | 5.  Do you own or are you buying a home?    Yes ___ No _X_ |
| 5 | Estimated Market Value: $_____ Amount of Mortgage: $_____ |
| 6 | 6.  Do you own an automobile?    Yes ___ No _X_ |
| 7 | Make _Dat_    Year _1982_    Model _2 Door_ |
| 8 | Is it financed? Yes ___ No _X_ If so, Total due: $ __-0-__ |
| 9 | Monthly Payment: $ _____ |
| 10 | 7.  Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.) |
| 11 | Name(s) and address(es) of bank: _____ |
| 12 | _____ |
| 13 | Present balance(s): $ _____ |
| 14 | Do you own any cash? Yes ___ No _X_ Amount: $ _____ |
| 15 | Do you have any other assets? (If "yes," provide a description of each asset and its estimated market |
| 16 | value.) Yes ___ No _X_ |
| 17 | _____ |
| 18 | 8.  What are your monthly expenses? |
| 19 | Rent: $ _850.10_ ~~233~~    Utilities: _100-_ |
| 20 | Food: $ _200_    Clothing: _100-_ |
| 21 | Charge Accounts: |

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| J. William | $ 25 - Wal-mart | $ 400-450. |
| ~~illegible~~ | $ ~~illegible~~ | $ |
| | $ | $ |

| | |
|---|---|
| 26 | 9.  Do you have any other debts? (List current obligations, indicating amounts and to whom they |
| 27 | are payable. Do not include account numbers.) |
| 28 | _____ |

APP. TO PROC. IN FORMA

PAUPERIS, Case No._____    - 3 -

1
2  10.   Does the complaint which you are seeking to file raise claims that have been presented in other
3  lawsuits?   Yes _X_ No ___
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
5  they were filed.
6  _Superior Court_____
7  _RG 06293927_____
8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a false
9  statement herein may result in the dismissal of my claims.
10
11  _3/3/08_                    _[signature]_
12       DATE                     SIGNATURE OF APPLICANT

APP. TO PROC. IN FORMA
PAUPERIS, Case No._____            - 4 -