NO: C-08-01238 JSW

**UNITED STATES POSTAL SERVICE**
First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Sender: Please print your name, address, and ZIP+4 in this box •

Jacqueline Williams, In Pro Se
1062-55th Street Apt A
Oakland, Ca. 94608

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OAKLAND CA 94612

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.41  0026 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.21 |

Postmark Here — NORTH OAKLAND STATION MAR 10 2008 OAKLAND, CA 94609 03/10/2008

Sent To: Oakland Housing Authority (Federal) (lawsuit)
Street, Apt. No.; or PO Box No.: 1805 Harrison Street
City, State, ZIP+4: Oakland Ca 94612

PS Form 3800, August 2006    See Reverse for Instructions



FILED
MAR 13 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

```
               NORTH OAKLAND POST OFFICE
                   oakland, California
                       946099991
                    0555110026 -0096
03/10/2008        (800)275-8777       09:20:27 AM

                      Sales Receipt
Product              Sale    Unit         Final
Description          Qty     Price        Price

OAKLAND CA 94612 Zone-0                   $0.41
First-Class Letter
 0.90 oz.
 Return Rcpt (Green Card)                 $2.15
 Certified                                $2.65
 Label #:            70070710000284892775
                                       =========
Issue PVI:                                $5.21

Total:                                    $5.21

Paid by:
Debit Card                                $5.21
  Account #:          XXXXXXXXXXXX6578
  Approval #:         862215
  Transaction #:      652
  23 903350718
  Receipt#:           007386

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000403020679
Clerk: 15

   All sales final on stamps and postage.
   Refunds for guaranteed services only.
         Thank you for your business.
*******************************************
*******************************************
          HELP US SERVE YOU BETTER

      Go to: http://gx.gallup.com/pos

       TELL US ABOUT YOUR RECENT
           POSTAL EXPERIENCE

          YOUR OPINION COUNTS
*******************************************
*******************************************


                              Customer Copy
```

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Oakland Housing Authority
    1805 Harrison Street
    Oakland, Ca. 94612
    {Federal lawsuit}

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X M.Cray          ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name): M. CRAIG
C. Date of Delivery: 3/11/08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7007 0710 0002 8489 2775

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-154

---

**Certified Mail Provides:**
- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

*Important Reminders:*
- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. Fo valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof o delivery. To obtain Return Receipt service, please complete and attach a Retur Receipt (PS Form 3811) to the article and add applicable postage to cover th fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver fo a duplicate return receipt, a USPS® postmark on your Certified Mail receipt i: required.
- For an additional fee, delivery may be restricted to the addressee o addressee's authorized agent. Advise the clerk or mark the mailpiece with th endorsement *"Restricted Delivery"*.
- If a postmark on the Certified Mail receipt is desired, please present the arti cle at the post office for postmarking. If a postmark on the Certified Ma receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT: Save this receipt and present it when making an inquiry.**
PS Form 3800, August 2006 *(Reverse)* PSN 7530-02-000-9047