Jacqueline Williams, In Pro Se
1062-55th Street, Apt A
Oakland, Ca. 94608

In The United States District Court

For The Northern District Of California

Jacqueline Williams

        Plaintiff,

Case No: C08-01238 JSW

Vs.

Oakland Housing Authority

        Defendant.

-----------------------------------

    Plaintiff is addressing the court, plaintiff informing the Judge as of March 31, 2008, plaintiff will homeless, Oakland Housing Authority employee by the Noemi Almaraz terminated my leased and lie on the plaintiff. Plaintiff always turns in the plaintiff paper work, the employee Noemi Almaraz called herself doing a paid back.

    Oakland Housing Authority the defendant are target "Black" especially the plaintiff and do not had any power to terminated plaintiff Section 8. Defendant(s) supervisor do not have control over Oakland Housing Authority this is a good example.

    Plaintiff takes this medication everyday Furosemide 20 mg, Premarin 0.625, Potassium 8MEQ, Diovan 80mg, Prevacid 30mg, In addition 8 drop daily in each eyes Pilocarpine 4%, Timolo Maleate 0.5%, Xalatan OPH SOL 005%. Plaintiff is $850.00 monthly and plaintiff only get $828.00 monthly, plaintiff co-paid every month.

    Defendant(s) Noemi Almaraz told plaintiff she make all decision, which is not true, plaintiff did a certified mail to Oakland Housing Authority and mail a copies to the court. Honorable Judge White, plaintiff is asking you to order the defendant to comply with the lawsuit and order.

    Counsel Diamond, the early case is lazy and do not care at all, plaintiff also mail

letter to counsel and plaintiff never heard from Counsel Diamond at all, (See Copy) Exhibit A Page 1 of 2.  Plaintiff is asking Judge White to order Oakland Housing Authority not to contact plaintiff. Plaintiff also informing Judge White that plaintiff did not give defendant; plaintiff telephone do to harassment in the past, plaintiff also filed with superior Court notice that The United States District Court. (See copy). Exhibit B Page 1 of 1

    Furthermore, plaintiff asking Judge White to give plaintiff time to response to any order does to plaintiff Glaucoma; plaintiff eye is not doing that good. Oakland Housing Authority address is 1805 Harrison Street, Oakland, Ca. 9461.

I declare under penalty of the law the State of California the foregoing is true and correct.

Dated: 13th of March 2008

Jacqueline Williams, in Pro Se

Exhibit A Page 1 of 2 Letter to Counsel Diamond

Case 3:08-cv-01238-JSW   Document 6   Filed 03/17/2008   Page 3 of 7

Jacqueline Williams, In Pro Se
1062-55th Street, Apt A
Oakland, Ca. 94608

February 24, 2008

James T. Diamond, Jr.
1300 Clay Street, Ninth Floor
Oakland, Ca. 94612

Case No: RG06293927

Counsel Diamond,

    Plaintiff want to talk and meet with Counsel Diamond with no surprise deal, plaintiff may drop the lawsuit, there many problem at Oakland Housing Authority. That starts with defendant N. Almaraz, about labeling plaintiff as a drug user, and lying on plaintiff.

    Plaintiff will inform the court between now and Friday February 29, 2007, defendant N. Almaraz, mail plaintiff second notice to terminate plaintiff Section 8, on and about March 31, 2008. The last time plaintiff filed paper with Superior Court, the litigation is ongoing, and plaintiff had not done any wrong, but trying to protect plaintiff from defendant Almaraz.

    Plaintiff is in the process of filing a new lawsuit and not Superior Court and plaintiff going to name N. Almaraz and inform the court how N. Almaraz told plaintiff, Counsel Diamond gives Almararz personal information on the plaintiff concern plaintiff private life, which is against the law.

    In addition, plaintiff was not surprise of comment, Almaraz alleged Counsel Diamond say about. Plaintiff is aware that Counsel reference to plaintiff as being ignorance. Plaintiff is aware of Alamaraz do not care about "Black" Almaraz shown it in October of 2007, and lies on plaintiff which plaintiff do not set that good.

    Plaintiff also will ask the court to investigate why unqualified defendant(s) at Oakland Housing Authority. On the internet collect data information on "Black" personal life and credit history, which is disturbing, plaintiff see it as "Go get Black"

    Plaintiff will not let Almaraz cause plaintiff to lost Section 8, it would not be good and plaintiff already did research and was not shock and what plaintiff found.

Furthermore, plaintiff will demonstrate all alleging in the complaint, and defendant Almaraz will need to explain with other defendant(s).

   Counsel Diamond, need to investigate why Almaraz is so interesting in cause "BLACK" to loose they housing. Plaintiff does have a list of client, that on housing and have the same problem. Plaintiff also informs the court in how Defendant Almaraz is running that department and the superior Teela Carpenter is not over see that department.

Thanking you in advance in this matter.

Respectfully,

Jacqueline Williams, In Pro Se

Exhibit B Page 1 of 1 Inform Superior Court

Jacqueline Williams, In Pro Se
1062-55th Street, Apt A
Oakland, Ca. 94609

ENDORSED
FILED
ALAMEDA COUNTY

MAR 1 0 2008

CLERK OF THE SUPERIOR COURT
By KMEL DHILLON Deputy

Superior Court of California, County of Alameda

Wiley W. Manuel Courthouse

Williams

 Plaintiff/Petitioner(s)

Vs.

Oakland Housing of the City of Oakland
"AKA" Oakland Housing Authority

 Defendant/Respondent(s)
-------------------------------------------------

Case No: RG 06293927
Update Case Management Conference

 Plaintiff is informing Superior Court of California, County of Alameda, and Wiley W. Manuel Courthouse. Plaintiff as The United States District Court to take over this case, plaintiff filed lawsuit on about March 3, 2008, and the case was accept, (See copy). Exhibit A Page 1 of 4

 In addition, plaintiff likes to address Judge Winifred Y. Smith who resigns over this case. Plaintiff felt so discriminated by Judge Smith and the other judge that was involved in case, from July 1, 2007, in the treatment. Plaintiff realizes how messing Counsel Diamond is, who made so many racism remark, in how judge Winifred Y. Smith, believe plaintiff was very ignorance.

 Furthermore, plaintiff will leave each individual in the hand of "God" that will deal with the individual in the treatment of plaintiff. Plaintiff will always remember, and "what Kodak moment". Oakland Housing Authority is being serve with this new information concerning this case by plaintiff and The United State District Court.

I declare under penalty of the law State of California the foregoing is true and correct.

Dated 9th of March, 2008

Jacqueline Williams, In Pro Se