Jacqueline Williams, In Pro Se
1062-55th Street, Apt A
Oakland, Ca. 94608



In The United States District Court

For The Northern District of California

Williams

Plaintiff/Petitioner(s)

Vs.

Oakland Housing Authority

Defendant/Respondent(s)

Case No: C08-01238 JSW
Update In Case Management
Conference.

    Plaintiff is giving the court update in the lawsuit; plaintiff received a document from Oakland Housing Authority. In addition, the owner Micahael & Raenette Sanders informing plaintiff, as of May 31, 2008, Plaintiff leased will be terminated on and about May 31, 2008, (See copy).

    Furthermore, plaintiff informs Oakland Housing Authority, if there any problem that Oakland Housing Authority needs to address their concern with Judge Jeffrey S. White, (See copy). Plaintiff is very tired of receiving threatened document, this some of the problem that plaintiff are dealing with.

    **Plaintiff had not heard from any attorney in this case, this is litigants ongoing, and** Oakland Housing Authority employee should not contact plaintiff at all. Plaintiff is asking Honorable Judge Jeffrey S. White to intervene, and to inform defendant Oakland Housing Authority employee to contact counsel if Oakland Housing Authority have one.

    Oakland Housing Authority is RECKLESS DISREGARD refers to "an act or conduct destitute of heed or concern for consequences; especially foolishly heedless of dander; headlong, rash; wanton disregard or conscious indifference to consequences. This implies a consciousness of danger and a willingness to assume the risk" 305 P. 2d 752, 757.

    Plaintiff called Oakland Housing Authority and informs defendant that there is litigation ongoing. (Quota) Plaintiff was told that, The United State District Court do not run Oakland Housing Authority or employee and Oakland Housing Authority do not give "a dam" took the telephone and hang-up in plaintiff face, the next thing plaintiff receiving the document.

I declare under penalty of the law the State of California the foregoing is true and

correct.

Dated 16th of April 2008

Jacqueline Williams, In Pro Se

Exhibit's A  Page 1 of 1 Section 8 and Contract Cancellation



# OAKLAND HOUSING AUTHORITY

1805 Harrison Street
Oakland, California 94612
(510) 587-2100
(510) 587-2168 Fax

*Jackie OHA sent this to me.*

4/8/2008

ARELIA SANDERS
351 BRIGHT STREET
SAN FRANCISCO, CA 94132

RE:   Section 8 and Contract Cancellation
      HAP: # 11720

Dear ARELIA SANDERS:

This is to inform you that the Section 8 Housing Assistance Payment Contract for the unit(s) at <u>1062 55th STREET</u> will be cancelled on <u>05/31/2008</u>, for the reason(s) stated below. After this date, the tenant will be responsible for the entire rent of the unit.

☐   The owner does not wish to renew the contract.

☐   The Oakland Housing Authority and the owner are unable to reach an agreement on a fair rent for the unit.

☐   The unit no longer meets Housing Quality Standards.

☒   Other reasons: **Participant violated Section 8 Voucher**

If you have any questions regarding this matter, please feel free to call me at (510) 587-2179.

Sincerely yours,

Noemi Almaraz
Occupancy Specialist

cc:   Tenant/Owner File

Exhibits B  Page 1of 1 letter to Oakland Housing Authority

Jacqueline Williams, In Pro Se
1062-55th Street, Apt A
Oakland, Ca. 04608

March 29, 2008

Oakland Housing Authority
1805 Harrison Street
Oakland, Ca. 94612

Supervisor,

   I am writing this letter to inform Oakland Housing Authority that there is a lawsuit that been filed with The United State District Court in San Francisco, in the future please do not send any mail to me.

   In addition, if Oakland Housing Authority had any questions or problem concerning plaintiff, Jacqueline Williams. Oakland Housing Authority need to contact Oakland Housing Authority lawyer or address your concern to Judge Jeffrey S. White, Case No: C08-01238 JSW that over this case.

   Furthermore, if plaintiff Jacqueline Williams received any more mail from Oakland Housing Authority. Plaintiff Jacqueline Williams will file harassment charge against Oakland Housing Authority and staff at once, the U.S. Marshall had serve Oakland Housing Authority with this lawsuit and the plaintiff served Oakland Housing Authority with order from Judge Jeffrey S. White.

Thanking you in advance in this matter.

Respectfully,

Jacqueline Williams, In Pro Se