IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JACQUELINE WILLIAMS,

    Plaintiff,

v.

OAKLAND HOUSING AUTHORITY,

    Defendant.
_____/

No. C 08-01238 JSW

**ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS WITHOUT PREJUDICE AND DISMISSING WITH LEAVE TO AMEND**

    On March 3, 2008, Plaintiff Jacqueline Williams filed a complaint and an application to proceed *in forma pauperis*. Courts must deny *in forma pauperis* applications under certain circumstances, including when the underlying complaint sought to be filed is frivolous or when it fails to state a claim upon which relief may be granted. 28 U.S.C. § 1915(e)(2).

    In contravention of Federal Rule of Civil Procedure 8(a), Plaintiff failed to file a pleading setting forth the grounds upon which this Court has jurisdiction, "a short and plain statement of the claim showing that the pleader is entitled to relief, . . . and a demand for judgment for the relief the pleader seeks." Rather, Plaintiff's complaint is disjointed to the point of being incoherent and unintelligible. It is thus unclear to the Court the legal theories on which Plaintiff seeks relief, what relief she is, in fact, seeking, or the underlying factual basis for the suit.

Therefore, Plaintiff's application to proceed *in forma pauperis* is HEREBY DENIED WITHOUT PREJUDICE and the Complaint is DISMISSED WITH LEAVE TO AMEND. If Plaintiff wishes to pursue this action, she must file an amended complaint setting forth a cognizable legal claim by June 20, 2008. Plaintiff may file a renewed application to proceed *in forma pauperis* upon filing an amended complaint. Failure to file timely an amended complaint shall result in dismissal of this action without prejudice. The Court advises Plaintiff that a Handbook for Pro Se Litigants, which contains helpful information about proceeding without an attorney, is available through the Court's website or in the Clerk's office.

In light of this Order, the date for the Case Management Conference, previously set for June 6, 2008 at 1:30 p.m., is VACATED and will be reset by the Court at a later date, if necessary.

**IT IS SO ORDERED.**

Dated: May 19, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JACQUELINE WILLIAMS,

    Plaintiff,

v.

OAKLAND HOUSING AUTHORITY et al,

    Defendant.
                                                        /

Case Number: CV08-01238 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 19, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jacqueline Williams
1062 55th Street
Oakland, CA 94608

Dated: May 19, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk