FILED
08 JUN -3 PM 1:35
[stamp: U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

Clear Form

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jacqueline Williams )
)
)
   Plaintiff,  ) CASE NO. C08-01238 JSW
)
vs. ) APPLICATION TO PROCEED
) IN FORMA PAUPERIS
Oakland Housing Authority ) (Non-prisoner cases only)
)
   Defendant. )

I, Jacqueline Williams, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?   Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: 828 monthly   Net: _____

Employer: _____

_____

28  If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.
2  _____
3  _____
4  _____
5  2.   Have you received, within the past twelve (12) months, any money from any of the
6  following sources:
7       a.   Business, Profession or            Yes ___ No _X_
8            self employment?
9       b.   Income from stocks, bonds,         Yes ___ No _X_
10           or royalties?
11      c.   Rent payments?                     Yes ___ No _X_
12      d.   Pensions, annuities, or            Yes ___ No _X_
13           life insurance payments?
14      e.   Federal or State welfare payments, Yes _X_ No ___
15           (Social Security) or other govern-
16           ment source?
17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.
19      $828.00 monthly
20 _____
21 3.   Are you married?                        Yes ___ No _X_
22 Spouse's Full Name: _____
23 Spouse's Place of Employment: _____
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $_____  Net $_____
26 4.   a.   List amount you contribute to your spouse's support:$ _____
27      b.   List the persons other than your spouse who are dependent upon you for support
28           and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

1 | children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

2 | _____

3 | _____

4 | 5.  Do you own or are you buying a home?       Yes ___ No _X_

5 | Estimated Market Value: $_____ Amount of Mortgage: $_____

6 | 6.  Do you own an automobile?                  Yes ___ No _X_

7 | Make _____ Year _____ Model _____

8 | Is it financed? Yes ___ No ___ If so, Total due: $ _____

9 | Monthly Payment: $ _____

10 | 7. Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)

11 | Name(s) and address(es) of bank: _____

12 | _____

13 | Present balance(s): $ _____

14 | Do you own any cash? Yes ___ No _X_ Amount: $ _____

15 | Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16 | market value.)                                 Yes ___ No _X_

17 | _____

18 | 8. What are your monthly expenses?

19 | Rent: $ _850.00_  Utilities: _Include in the rent_

20 | Food: $ _163.00_  Clothing: _0_

21 | Charge Accounts:

22 | Name of Account        Monthly Payment        Total Owed on This Account

23 | ~~_____~~  $ ~~_____~~  $ ~~_____~~

24 | ~~_____~~  $ ~~_____~~  $ ~~_____~~

25 | ~~_____~~  $ ~~_____~~  $ ~~_____~~

26 | 9. Do you have any other debts? (List current obligations, indicating amounts and to whom

27 | they are payable. Do not include account numbers.)

28 | _____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes _X_   No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_March 3, 2008     C 08- 01238 JSW_

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_6/2/08_     _[signature]_
DATE          SIGNATURE OF APPLICANT

- 4 -