Jacqueline Williams, In Pro Se
1062-55th Street, Apt A
Oakland, Ca. 94608

July 25, 2008

United States District Court for the Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, California 94102

To whom it may concern,

I am writing and asking the United States District Court for the Northern District of California, to look into the Complaint of Judicial and Disability Misconduct of Judge Jeffrey S. White. Plaintiff, filed case with United States District Court on and about March 3, 2008, the case was in Superior Court, County of Alameda, plaintiff ask United States District Court to take over this case.

In addition, plaintiff received paper work from United States District Court Case: C08-01238JSW, on and about March 8, 2008, plaintiff also received order to serve Oakland Housing Authority with certified with signal. On and about May 20, 2008, plaintiff received order from Judge Jeffrey S. White Order <u>Denying application to Proceed in Forma Paupers without Prejudice Dismissing with leave to Amend.</u>

Furthermore, plaintiff Amend Complaint and delivery to the United States Postal Service, "Priority Mail". On and about June 16, 2008, plaintiff when to the United States District Court in Oakland to filed addition paper and learn that the United States District Court in San Francisco, received paper work on and about June 3, 2008.

Plaintiff, have yet to received any order, and plaintiff asking, why it took so long to denied plaintiff case, and why, Judge Jeffrey S. White had not answered plaintiff "Amend Complaint". Other situation, that was brought to Judge Jeffrey S. White attention, also plaintiff informs the clerk in Oakland, that plaintiff did not wanted to deal with Judge White do to bad experience, plaintiff was told, that plaintiff could go over judge head, if there any problem.

Plaintiff, also ask Judge Jeffrey S. White to step aside and give plaintiff case to another judge. Plaintiff, know that it will not be "No Justice At All" because of Judge White, Oakland Housing Authority evict plaintiff from Section 8, when there is ongoing litigation.

Plaintiff was inform by the owner Mrs. Raenette Sanders, plaintiff was not shock, plaintiff called Oakland Housing Authority on one occasion plaintiff was told that the United States District Court do not run Oakland Housing Authority and another occasion, plaintiff was told that Oakland Housing Authority send plaintiff "Certified Mail". Plaintiff told Oakland Housing Authority employee that I never received any notice to pick-up mail, there was no receipt left in plaintiff mailbox at all.

In addition; this was the second time that plaintiff ask for hearing, that never should need to ask for asking, plaintiff also inform Judge Jeffrey S. White of this situation again Judge Jeffrey S. White do-not care at all. Plaintiff rent is $850.00 monthly and plaintiff received $828.00 monthly do the Math, plaintiff do not have money for gas or to get refilled on plaintiff medication monthly co-paid, personal and the list goes on.

I declare under penalty of the law of the United States of California foregoing is true and correct.

Dated 25th of July 2008

Jacqueline Williams, In Pro Se